

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00240-CV

**RICKEY WAYNE TOLBERT,**

                                                                    **Appellant**

 **v.**

**GEORGE A. OTSTOTT,**

                                                                    **Appellee**

### From the County Court At Law
### Kaufman County, Texas
### Trial Court No. 89868-CC

## MEMORANDUM OPINION

Rickey Wayne Tolbert filed a notice of appeal in this Court on August 14, 2014. By letter dated August 19, 2014, this Court notified Tolbert that the appeal was subject to dismissal for want of jurisdiction. The Clerk also warned Tolbert that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal. *See* TEX. R. APP. P. 44.3. Tolbert filed a response, but the response does not show that this Court has jurisdiction over the appeal.

Because this Court lacks jurisdiction of an appeal from a County Court at Law in Kaufman County, which is within the jurisdiction of the Fifth Court of Appeals, we dismiss this appeal for lack of jurisdiction.  *See* TEX. GOV'T. CODE ANN. §§ 22.220(a), 22.201(f, k) (West Supp. 2013).


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 11, 2014
[CV06]

